# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| 511 INNOVATIONS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:15-CV-01524-JRG-RSP |
| HTC AMERICA, INC., ET AL., | § § § | (lead case) |
| Defendants. | § § | |
| _____ | § § | |
| v. | § § | No. 2:15-CV-01526-JRG-RSP |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, ET AL., | § § § § | (member case) |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil actions were referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report and Recommendation (Dkt. No. 73) of Magistrate Judge Payne, which recommends that Samsung Telecommunications America, LLC be dismissed without prejudice and these cases be closed. No party has objected to the Report and Recommendation.

The Court has reviewed Magistrate Judge Payne's Report and Recommendation (Dkt. No. 73) and concludes it is correct. **IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt. No. 73) is **ADOPTED**, and Samsung Telecommunications America, LLC is

**DISMISSED WITHOUT PREJUDICE**. The Court further **ORDERS** the District Clerk to close these cases.

    **So ORDERED and SIGNED this 24th day of October, 2017.**

                                                                                              _____
                                                                                              RODNEY GILSTRAP
                                                                                              UNITED STATES DISTRICT JUDGE